FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Jun 20, 2025

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GARY ROBEDEAU            PLAINTIFF

Vs.      No. 6:25-cv-6064

PILOT TRAVEL CENTERS LLC            DEFENDANT

### NOTICE OF REMOVAL

Comes Defendant, Pilot Travel Centers LLC ("Pilot" or "Defendant"), through counsel, Barber Law Firm PLLC, and for its Notice of Removal of this action pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 from the Circuit Court of Clark County, Arkansas, to the United States District Court for the Western District of Arkansas, Hot Springs Division, states:

1. This action was commenced on May 22, 2025, when Plaintiff filed his Complaint seeking damages in the Circuit Court of Clark County, Arkansas.

2. This action is pending in Clark County Circuit Court, Case No. 10CV-25-132, captioned as *Gary Robedeau v. Pilot Travel Centers LLC.*

3. Plaintiff purportedly served Defendant with a Summons and Complaint on or about May 29, 2025. No other party has been joined or served.

4. Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant, Pilot Travel Centers LLC, files this Notice of Removal of the state court civil action that is described above based on diversity jurisdiction. 28 U.S.C. § 1332.

5. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), having been filed within thirty (30) days of Defendant's receipt of Summons and Complaint seeking damages against the defendant.

6. A copy of the Notice of Removal is being filed with the Circuit Court of Clark County, Arkansas in the underlying matter.

7. Copies of all pleadings and process filed in this action with the Clark County Circuit Court are attached hereto as Exhibit A.

8. Plaintiff, Gary Robedeau is an individual resident of Macomb County, Michigan.

9. Defendant Pilot Travel Centers LLC is a Delaware limited liability company with its principal place of business in Knoxville, Tennessee.

10. There is complete diversity of citizenship between Plaintiffs and Defendant. This Court has jurisdiction over this civil action under 28 U.S.C. § 1332.

11. This Court is the appropriate Court for removal of this action under 28 U.S.C. § 1446(a).

12. The United Stated District Court for the Western District of Arkansas, Hot Springs Division, embraces Clark County, the county in which the state court action is now pending. Thus, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

13. In his Complaint, Plaintiff asserts an amount in controversy that exceeds $75,000, exclusive of interest and costs.

14. Undersigned counsel states that this removal is well grounded in fact, warranted by existing law, and not interposed for any improper purpose.

15. All procedural requisites for removal have been met. Accordingly, removal to the United States District Court under 28 U.S.C. § 1441 is proper and effective hereby.

WHEREFORE, Defendant, Pilot Travel Centers LLC, gives notice of removal of this action to this Court and respectfully requests that this Court grant Defendant all just and proper relief.

Respectfully submitted,

BARBER LAW FIRM PLLC
One Allied Drive, Suite 1600
Little Rock, AR 72202
501-372-6175 | Fax: 888-412-3288
cfairley@barberlawfirm.com

By _____
J. Carter Fairley (ABN 99068)

**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I, J. Carter Fairley, hereby state that on this 20th day of June, 2025, I served a copy of the foregoing Notice of Removal via e-mail and via U.S. Mail to the following counsel of record herein:

Lee Curry
DASPIT LAW FIRM
124 W. Capitol Ave., Suite 1820
Little Rock, AR 72201
(501) 512-0367
lcurry@daspitlaw.com
e-service: e-service@daspitlaw.com

_____
J. Carter Fairley

3