IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GARY ROBEDEAU                                                                        PLAINTIFF

Vs.                      No. 6:25-cv-6064

PILOT TRAVEL CENTERS LLC                                   DEFENDANT

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Pilot Travel Centers LLC, hereby states that it has no parent corporation and that no publicly held corporation directly owns ten percent (10%) or more of its stock.

1. Pilot Travel Centers LLC is a Delaware limited liability company with its principal place of business in Knoxville, Tennessee.

2. The members of Pilot Travel Centers LLC are National Indemnity Company and Berkshire Hathaway Life Insurance Company of Nebraska..

3. National Indemnity Company is a corporation organized under the laws of Nebraska, maintains its principal place of business in Nebraska, and is a wholly owned subsidiary of Berkshire Hathaway Inc. Berkshire Hathaway, Inc. is a Delaware corporation with its principal place of business in Nebraska. Berkshire Hathaway, Inc. is a publicly traded company.

4. Berkshire Hathaway Life Insurance Company is a corporation organized under the laws of Nebraska and maintains its principal place of business in Nebraska.

Respectfully submitted,

BARBER LAW FIRM PLLC
One Allied Drive, Suite 1600
Little Rock, AR 72202
501-372-6175 | Fax: 888-412-3288
cfairley@barberlawfirm.com

By _____
J. Carter Fairley (ABN 99068)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I, J. Carter Fairley, hereby state that on this 20th day of June, 2025, I served a copy of the foregoing pleading via e-mail and via U.S. Mail to the following counsel of record herein:

Lee Curry
DASPIT LAW FIRM
124 W. Capitol Ave., Suite 1820
Little Rock, AR 72201
(501) 512-0367
lcurry@daspitlaw.com
e-service: e-service@daspitlaw.com

_____
J. Carter Fairley

2