IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**GARY ROBEDEAU**                                                                        **PLAINTIFF**

Vs.                                     No. 6:25-cv-06064-SOH

**PILOT TRAVEL CENTERS LLC**                                                **DEFENDANT**

## ORDER SUBSTITUTING COUNSEL

THIS CAUSE comes to be heard on the Plaintiff's Motion to Substitute Counsel. Due notice having been given, and the court being fully advised, IT IS SO ORDERED that Robert Morse, Daspit Law Firm, is hereby substituted as counsel of record for Plaintiff Gary Robedeau in this cause. Lee D. Curry is hereby relieved as counsel for Plaintiff.

SO ORDERED this _____ day of _____, 2026.

_____
CIRCUIT JUDGE

Prepared by:

Robert Morse
*Attorney for Plaintiff*