IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GARY ROBEDEAU                                                                                    PLAINTIFF

v.                                         Case No. 6:25-cv-6064

PILOT TRAVEL CENTERS LLC                                                            DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion to Substitute Counsel. ECF No. 10. Plaintiff seeks to have Lee D. Curry be relieved as his current counsel of record and have Robert Morse be substituted as his new counsel of record.

Upon review, the Court finds that the instant motion (ECF No. 10) should be and hereby is **GRANTED**. Lee D. Curry is hereby relieved as counsel of record for Plaintiff. Robert Morse shall be substituted as Plaintiff's new counsel of record. The Clerk of Court is directed to remove Lee D. Curry from the CM/ECF notification system for this matter.

**IT IS SO ORDERED**, this 10th day of March, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge