IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GARY ROBEDEAU PLAINTIFF

v. Case No. 6:25-cv-6064

PILOT TRAVEL CENTERS LLC DEFENDANTS

**ORDER**

Before the Court is Plaintiff's Notice of Nonsuit with Prejudice, which the court will construe as a motion for nonsuit. ECF No. 17. Defendant Pilot Travel Centers LLC has not responded in opposition, and the court finds that no response is necessary. An action may be dismissed by court order at the plaintiff's request, on terms that the Court considers proper. Fed. R. Civ. P. 41(a)(2). Voluntary dismissal under Rule 41(a)(2) should not be granted if a party will be prejudiced by the dismissal. *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1079 (8th Cir. 2017).

The Court finds that no party will be prejudiced by the dismissal. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiff's claims against Defendant Pilot Travel Centers LLC, are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge